UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ALIECHIA SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C/A No.: |
| ) | |
| MIKE DEAL, Individually, and in his ) | |
| official capacity as City Manager of The ) | |
| City of Jesup, Georgia, and Jesup Police ) | JURY TRIAL DEMANDED |
| Department Chief DOUG LEWIS, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

**Exhibit "A"**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 415-2017-00853 |

_____ State or local Agency, if any _____ and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Aliechia M. Smith | | 1971 |

| Street Address | City, State and ZIP Code |
|---|---|
| 735 S Elm Street, Jesup, GA 31546 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY OF JESUP POLICE | 15 - 100 | (912) 427-1300 |

| Street Address | City, State and ZIP Code |
|---|---|
| 642 East Plum Street, Jesup, GA 31546 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-16-2017   Latest: 07-21-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.   I was hired in March 2002, as a Police Officer and my last held position was Sergeant. On May 16, 2017, my stepdaughter and her boyfriend were stopped by the police. I went to the scene of the stop. My stepdaughter was cited for a traffic violation and her boyfriend was arrested for possession of marijuana. On May 18, 2017, I was suspended without pay. On May 24, 2017, the Internal Affairs investigation was conducted. On June 6, 2017, I was informed by Chief Glenn Takaki that I needed to make a decision to either resign or be terminated. On June 7, 2017, I informed Chief Takaki that I would not resign. On June 8, 2017, Chief Takaki informed me that he was going to recommend me for termination. Around June 12, 2017, I filed a grievance. On July 19, 2017, the grievance hearing was held. The grievance panel up held the termination. On July 21, 2017, I turned in my equipment and I was given my separation notice. There have been Caucasian male officers that have violated policy and have not been terminated.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Aug 17, 2017
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED AUG 17 2017 EEOC-SLO

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>415-2017-00853 and EEOC |
|---|---|---|

State or local Agency, if any

II. Chief Takaki informed me I was being terminated for professional image and for obstruction of an officer (telling my stepdaughter not to allow the police to search the car). Chief Takaki also stated that he did not have any confidence in me any longer for I would not admit that I did anything wrong and he would not have faith in me as an officer.

III. I believe that I have been discriminated against because of my race (African American) and sex (female) in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Aug 17, 2017<br>Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

RECEIVED AUG 17 2017 EEOC-SLO