IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

| | |
|---|---|
| ALIECHIA SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE DEAL, Individually, and in his official capacity as City Manager of the City of Jesup, Georgia, and Jesup Police Department Chief DOUG LEWIS, individually,<br><br>    Defendants. | CIVIL ACTION NO.: 2:17-cv-143 |

## ORDER

Defendants have moved for a seven-day extension of the deadline for filing civil motions, which currently runs on November 23, 2018. Plaintiff does not object to the extension, and Defendant's motion is supported by good cause. Accordingly, the Court **GRANTS** Defendant's motion. The deadline for filing all civil motions in this case, including *Daubert* motions but excluding motions in limine, is extended to November 30, 2018.

**SO ORDERED**, this 21st day of November, 2018.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA