# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| ALIECHIA SMITH, | ) |
|             Plaintiff, | ) |
| v. | ) C/A No.: 2:17-CV-143-LGW-BWC |
| MIKE DEAL, Individually, and in his official capacity as City Manager of The City of Jesup, Georgia, and Jesup Police Department Chief DOUG LEWIS, individually, | ) |
|             Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that, Aliechia Smith, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order granting summary judgment to all defendants entered in this action on the 27th day of February, 2019.

RESPECTFULLY SUBMITTED this 29th day of March, 2019.

**DUFFY & FEEMSTER, LLC**

/s/ Cameron C. Kuhlman
CAMERON C. KUHLMAN
Georgia State Bar No. 596159
*Attorney for Plaintiff*

340 Eisenhower Drive
Suite 800, Second Floor
Savannah, GA 31406
Phone: (912) 236-6311
Fax: (912) 236-6423
CCK@duffyfeemster.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

**DUFFY & FEEMSTER, LLC**

340 Eisenhower Drive
Suite 800, Second Floor
Savannah, GA 31406
Phone: (912) 236-6311
Fax: (912) 236-6423
CCK@duffyfeemster.com

/s/ Cameron C. Kuhlman
CAMERON C. KUHLMAN
Georgia State Bar No. 596159
*Attorney for Plaintiff*